UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| SUNG HOON PARK ) | Case No. 14-10474-BFK |
| ) | Chapter 7 |
| Debtor ) | |

### ORDER IMPOSING SANCTIONS

This matter comes before the Court on the U.S. Trustee's Motion for a Rule to Show Cause against the Debtor's counsel, Mr. Blasz. Docket No. 26. Mr. Blasz filed an Opposition. Docket No. 39. The Court held an evidentiary hearing on July 21, 2014 (after continuing the matter once, at Mr. Blasz's request). Docket Nos. 59, 62.  The Court entered its Findings of Fact and Conclusions of Law on July 31, 2014. Docket No. 63. For the reasons stated therein, it is

**ORDERED:**

1. Mr. Blasz's shall be suspended from all filing privileges with this Court (all three Divisions) for a period of two (2) months from the date of the entry of this Order. Mr. Blasz may file a Certificate of Post-Petition Financial Management with the Court in the case of *In re Najafbagy*, Case No. 13-15669-RGM.

2. Mr. Blasz shall file the required disclosures in the Waters' Edge case (13-10867-RGM) within fourteen (14) days of the entry of this Order.

3. The failure to comply with the terms of this Order may result in further sanctions.

Date: Jul 31 2014

Alexandria, Virginia

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: July 31, 2014

1

Copies to:
Sung Hoon Park
14702 Deer Lake Court
Centreville, VA 20120
Debtor

Patrick R. Blasz, Esquire
Law Offices of Patrick R. Blasz
11490 Commerce Park Dr. Suite 240
Reston, VA 20191
Counsel for the Debtor

Bradley David Jones, Esquire
Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314