**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| SUNG HOON PARK, ) | Case No. 14-10474-BFK |
| ) | Chapter 7 |
| Debtor. ) | |

**ORDER DISMISSING ORDER TO SHOW CAUSE AND CONDITIONALLY**
**IMPOSING ADDITIONAL SANCTIONS**

On Tuesday September 23, 2014, the Court held a hearing on an Order to Show Cause. Docket No 67. Bradley D. Jones, Esquire, and Patrick R. Blasz, Esquire, were present in person. For the reasons stated on the record, it is

**ORDERED:**

1. The Order to Show Cause (Docket No. 67) is DISMISSED.

2. Mr. Blasz must file the required disclosures in the Waters' Edge case (13-10867-RGM), as required by the Order Imposing Sanctions (Docket No. 64), by **5:00 p.m. on Wednesday September 24, 2014**, otherwise further sanctions will be imposed.

3. The Clerk will mail a copy of this Order, or provide electronic notice of its entry, to the parties below.

Date: Sep 24 2014

Alexandria, Virginia

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: September 24, 2014

1

<u>Copies to:</u>
Sung Hoon Park
14702 Deer Lake Court
Centreville, VA 20120
*Chapter 7 Debtor*

Patrick R. Blasz, Esquire
Law Offices of Patrick R. Blasz
11490 Commerce Park Dr. Suite 240
Reston, VA 20191
*Counsel for the Chapter 7 Debtor*

Bradley D. Jones, Esquire
Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314
*Counsel for the U.S. Trustee*